In the Matter of the Estate of CARRIE GUGGENHEIM, Deceased. CLARENCE L. MYERS et al., as Executors of CARRIE GUGGEN-HEIM, Deceased, Appellants; STATE TAX COMMISSION, Respondent.

Argued May 13, 1947; decided May 29, 1947.

*William L. Lynch* for appellants.

*Mortimer M. Kassell, Francis Kelliher* and *Hamilton McInnes* for respondent.

Order affirmed, with costs, payable out of the estate to the respondent State Tax Commission; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.